No. 96–542. MCMILLIAN v. MONROE COUNTY, ALABAMA. C. A. 11th Cir. Certiorari granted. Brief of petitioner is to be

filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, January 21, 1997. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, February 20, 1997. A reply brief, if any, may be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 7, 1997. This Court's Rule 29.2 does not apply. 